IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RASHAWN MCKINLEY,                    )
                                     )
                Plaintiff,           )
                                     )
vs.                                  )          No. CIV-19-230-C
                                     )
OSAGE COUNTY JAIL, et al.,           )
                                     )
                Defendants.          )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on March 29, 2019.   The Court file reflects that, while Plaintiff has filed an additional Motion for Leave to Proceed in Forma Pauperis, he has not filed any objection to the conclusions in the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 6) of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 22nd day of April, 2019.


ROBIN J. CAUTHRON
United States District Judge